The People of the State of New York ex rel. Charles Bates, Appellant, v. Daniel McMann, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.

(June 26, 1967)

The People of the State of New York ex rel. Heard Harden, Jr., Appellant, v. Daniel J. McMann, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.